# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2010

139255

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

STEVEN RAAB and AMBER RAAB,
     Plaintiffs-Appellants,

v

RIVER RIDGE-SALINE, LLC,
     Defendant-Appellee.

SC: 139255
COA: 280335
Washtenaw CC: 05-000326-CE

_____/

     On January 13, 2010, the Court heard oral argument on the application for leave to appeal the May 12, 2009 judgment of the Court of Appeals. On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

     KELLY, C.J., and HATHAWAY, J., would grant leave to appeal.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2010

_____
Clerk

s0302